UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

SAM BRADLEY,

              Plaintiff,

-against-                                  ORDER AND
                                               CIVIL JUDGMENT
DEBORAH WHITE,                             05-CV-2550 (JG)

              Defendant.

---------------------------------------------------------X

*SEpT 2 2005*

BROOKLYN OFFICE

JOHN GLEESON, United States District Judge:

       On May 16, 2005, plaintiff filed this compliant *pro se* pursuant to 42 U.S.C. § 1983. By Order dated June 23, 2005, the Court directed plaintiff to file an amended complaint within thirty days. The Order further stated that if plaintiff failed to comply with the Order within the time allowed, the complaint would be dismissed for failure to state a claim upon which relief may be granted. 28 U.S.C. § 1915A. Plaintiff has not filed an amended complaint as directed by the Court's Order. Accordingly, it is

       **ORDERED, ADJUDGED AND DECREED**: That the complaint is hereby dismissed pursuant to 28 U.S.C. § 1915A. The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

                                                          s/John Gleeson
                                                     JOHN GLEESON, U.S.D.J.

Dated: Brooklyn, New York
        Sept. 2, 2005